

U.S. Department of Justice

United States Attorney
Eastern District of New York

EAG
F. #2017R01548

271 Cadman Plaza East
Brooklyn, New York 11201

September 13, 2018

By E-mail

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Ciauri, et. al.
                 Case No. 18 M 631

Dear Judge Gold:

      The government respectfully submits this letter to request that the Court order that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:      /s/
Elizabeth Geddes
Assistant U.S. Attorney
(718) 254-6430

Enclosure

cc:    Clerk of Court (by ECF)
       All Counsel, Esq. (by ECF)

EAG
F.# 2017R01548

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF AN
APPLICATION FOR A SEARCH
WARRANT FOR:

THE VERIZON LG FLIP PHONE
WITH IMEI 355453081317101 SEIZED
ON JULY 11, 2018 (THE "DIFALCO
ARREST PHONE")

 – and –

THE VERIZON FLIP PHONE WITH
MODEL NUMBER VN220 AND IMEI
3554 5308 1703 722
SEIZED ON JULY 11, 2018 (THE
"MARATEA ARREST PHONE")

 – and –

THE SAMSUNG MODEL SM-G360T1
CELLULAR TELEPHONE SEIZED ON
JULY 11, 2018 (THE "DISANO
ARREST PHONE")

- - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

18 M 631

       Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

       WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
_____, 2018

_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK